16124.   WRIGHT *v.* THE STATE.

BROYLES, C. J.   The motion for a new trial contained the usual general grounds only; there was some evidence authorizing the verdict; and, the finding of the jury having been approved by the trial judge, this court is powerless to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 4, 1925.

Conviction of possession of liquor; from Wilkes superior court— Judge Shurley.   November 8, 1924.

*Hugh E. Combs, F. H. Colley,* for plaintiff in error.

*M. L. Fells, solicitor-general,* contra.